UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN C. CURTIS,

Plaintiff,

v.

CHASE DERMOTT, et al.,

Defendant.

CASE NO. 2:26-cv-01907-JLR-BAT

**REPORT AND RECOMMENDATION**

On May 26, 2026, Plaintiff a detainee of the Bergan County Jail, New Jersey, submitted a *pro se*, prisoner civil rights complaint. As Plaintiff failed to pay the filing fee or apply to proceed *in forma pauperis* ("IFP"), the Clerk sent Plaintiff a notice that his IFP application was deficient, and he must cure the deficiency by July 2, 2026, or the case may be dismissed. Dkt. 3.

Plaintiff has not responded to the Clerk's letter to cure the deficiencies in his IFP application or pay the filing fee. The Court accordingly recommends:

(1) Plaintiff must either pay the $405.00 filing fee or submit a sufficient IFP application within 14 days of adoption of this report and recommendation.

(2) If Plaintiff fails to pay the fee or submit a sufficient IFP application by this date, the Court dismiss the case without prejudice.

(3) The Clerk shall provide Plaintiff with a copy of this report and recommendation.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Thus, Plaintiff should not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

An objection to this report and recommendation must be filed by **July 24, 2026.** The Clerk shall note the matter for **July 27, 2026**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 6th day of July, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge