UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN C. CURTIS,

Plaintiff,

v.

CHASE DERMOTT, et al.,

Defendants.

CASE NO. 2:26-cv-01907-JLR-BAT

**ORDER**

Having reviewed, *de novo*, the Report and Recommendation, all objections and responses, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff is required, within fourteen (14) days of issuance of this order, to pay the $405.00 filing fee or submit a sufficient IFP application if he wishes to proceed with filing his complaint.

(3) The Clerk is directed to close this case and dismiss it without prejudice if plaintiff fails to pay the filing fee within 14 days of this order.

//

//

(4) The Clerk shall provide Plaintiff a copy of this Order.

Dated this 27th day of July, 2026.

JAMES L. ROBART
United States District Judge