UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN C. CURTIS,

Plaintiff,

v.

CHASE DERMOTT, et al.,

Defendants.

CASE NO. C26-1907JLR

ORDER

On May 26, 2026, *pro se* Plaintiff Devin C. Curtis filed a proposed complaint for violation of civil rights. (Prop. Compl. (Dkt. # 1).) On June 2, 2026, the Clerk informed Plaintiff that he had not paid the mandatory filing fee for this action. (6/2/26 Not. (Dkt. # 3).) The Clerk set a July 2, 2026 deadline for Plaintiff to either pay the filing fee or submit an *in forma pauperis* ("IFP") application. (*Id.*) Plaintiff did not respond to the notice of filing deficiency. (*See generally* Dkt.) On July 6, 2026, due to Plaintiff's failure to cure the deficiency, United States Magistrate Judge Brian A. Tsuchida entered a Report and Recommendation recommending that the court dismiss the action without

prejudice if the Plaintiff did not pay the filing fee or timely submit an IFP application. (R&R (Dkt. # 4).) On July 27, 2026, the court adopted the Report and Recommendation and set an August 10, 2026 deadline for Plaintiff to either pay the filing fee or file an IFP application. (7/27/26 Order (Dkt. # 5).) Plaintiff did not respond to the court's July 27, 2026 order. (*See generally* Dkt.) Accordingly, the court DISMISSES Plaintiff's proposed complaint (Dkt. # 1) and this action without prejudice. The Clerk is DIRECTED to close the case and send copies of this order to Plaintiff at his last known address.

Dated this 14th day of August, 2026.

JAMES L. ROBART
United States District Judge