UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN C. CURTIS,<br>Plaintiff,<br>v.<br>CHASE DERMOTT, et al.,<br>Defendant. | CASE NO. 2:26-cv-01907-JLR-BAT<br>**ORDER DISMISSING WITH PREJUDICE** |

Having reviewed, *de novo*, the Report and Recommendation, all objections and responses, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice and the Clerk shall provide Plaintiff a copy of this Order.

Dated this 28th day of October, 2026.

JAMES L. ROBART
United States District Judge